To Whom It May Concern,

I am writing you to ask for your help professionally concerning a serious situation involving my family and my personal life. This is a situation that has gone on for years now and has caused much harm criminally and civially to myself. It is overtly complex and involved multiple individuals in separate, but equal branches of government. It has spanned across (most recently) the last five years, multiple states, and involved numerous federal and State, Local, Tribal, and Territorial public officials.

Spencer W. Gaye

5/6/2025

Pro Se

1241

FILED
MAY 12 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Clerk
Southern District of West Virginia

Kevin Baylous

Wesley Paul Evans
403 Center St
PO Box 162
Pratt, WV 25162

Timothy Alan Gore
Diane Marie Gore
345 Dogwood Dr
Washington, WV 26181

Kimberly Renee Sigman
Gabby Joe Benson
182 Zantern St
Parkersburg, WV 26101

Charles Hamilton, Esq

Vickie Jacobs

Brigitte Ann Evans
403 Center St
PO Box 163
Pratt, WV 25162

Brian Yost

Harry Deitzler