IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

SPENCER W. GORE,

        Plaintiff,

v.                                                                      CIVIL ACTION NO. 3:25-0312

KEVIN BAYLOUS, et al.,

        Defendants.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Jospeh K. Reeder, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that this complaint be dismissed, without prejudice, and this action be removed from the docket of the Court. No objections to the Magistrate Judge's findings and recommendations have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **ORDERS** that this complaint be dismissed, without prejudice, and this action be removed from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

                                      ENTER:       August 8, 2025

                                      ROBERT C. CHAMBERS
                                      UNITED STATES DISTRICT JUDGE